(88 South. 922)

TEAGUE v. WILCOX et al. (6 Div. 693.) (Supreme Court of Alabama. April 21, 1921.) Appeal from Circuit Court, Jefferson County; H. V. Evans, Judge. Denson & Ivey, of Bir-

mingham, for appellant.  W. T. Hill, of Birmingham, for appellees.

PER CURIAM.  Appeal dismissed for want of prosecution.